UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION -- LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>KEVIN LABONA,<br>    Defendant. | CRIMINAL ACTION NO. 5:14-114-KKC<br><br><br>MEMORANDUM OPINION AND ORDER |

On October 16, 2015, the Court held a motion hearing to discuss the United States' Motion to Continue based on the unavailability of a material witness. [DE 49.] Based on the discussion at the hearing, the Court hereby finds that pursuant to 18 U.S.C.A. § 3161(h)(3)(A), the witness is essential and is unavailable due to medical travel restrictions. The witness is pregnant and has been advised by her doctor that she is unable to travel. Therefore, any period of delay resulting from the unavailability of this witness shall be excluded in computing the time within which the trial in this case must commence for purposes of the Speedy Trial Act.  Further, the Defendant stated in open court that he believed that the appearance of this witness at trial would be essential to his defense and that he knowingly waived his right to a speedy trial upon advice of counsel.

Accordingly, **IT IS ORDERED** as follows:

1. The trial date set for October 19, 2015, is **SET ASIDE**;

2. A pretrial conference is **SCHEDULED** for **February 3, 2016 at 3:30 P.M.**; and

3. A jury trial is **SCHEDULED** for **February 29, 2016, at 9:00A.M.**

Dated October 16, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY