**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:14-CR-00114-KKC** |
| **Plaintiff,** | |
| **V.** | **MEMORANDUM OPINION AND** |
| | **ORDER** |
| **KEVIN LABONA,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

At approximately 11:04 AM this morning, the United States filed a Notice of Intent to Offer Testimony against the Defendant. [DE 60]. A Pretrial Conference is scheduled for 2:00 PM today in this case. Neither the Court nor the Defendant's counsel can reasonably be expected to read and adequately consider the Government's unexpected Notice in advance of the Pretrial Conference. The Court acknowledges that the Notice was filed more than 15 days prior to trial, but three hours is a wholly insufficient amount of time to analyze a Notice seeking to admit highly inflammatory evidence. The timing of the Government's Notice is even more perplexing given that the alleged conduct occurred in 2012.

To limit any unfair surprise and give the Defendant sufficient time to consider and object to the Government's Notice before the Pretrial Conference, the Court **HEREBY ORDERS** that:

1. The Pretrial Conference currently scheduled for today, February 4, 2016, is **SET ASIDE**;

2.  The Defendant shall file any objections or motions related to the Government's

Notice by **February 11, 2016**;

3.  The Pretrial Conference is **RESCHEDULED** to **February 17, 2016, at 2:30 P.M.**

Dated February 4, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

2